

IN THE
TENTH COURT OF APPEALS

_____

No. 10-12-00040-CV

**$5,000 IN U.S. CURRENCY AND**
**CHRIS A. ANDERSON,**

**Appellants**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the 40th District Court**
**Ellis County, Texas**
**Trial Court No. 81438**

_____

## O R D E R

Appellant's Motion for Expedited Ruling was filed on July 29, 2013.  It does not contain a proper proof of service as required by Rule 9.5 of the Texas Rules of Appellate Procedure.  It was "served" on only the Clerk of this Court.  We have previously notified appellant by letter dated March 28, 2012 what constituted proper proof of service and that a copy provided to the Clerk was for "filing" and not as a party to the

proceeding to be served. We also warned appellant by the same letter that future documents not properly served on all parties to the appeal would be stricken.

Because appellant's motion was not properly served on all parties to the appeal, in accordance with our prior order and notice, the Motion for Expedited Ruling is stricken.

PER CURIAM


Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion stricken
Order issued and filed August 8, 2013
Do not publish